IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARAMELION LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-253-MN |
| | ) |
| KICHLER LIGHTING LLC | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR EXTENSION

THE PARTIES HEREBY STIPULATE AND AGREE, subject to approval of the Court, that the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's complaint is extended through and including April 16, 2020.

| | |
|---|---|
| CHONG LAW FIRM | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| /s/ Jimmy Chong | /s/ Adam W. Poff |
| Jimmy Chong (#4839) | Adam W. Poff (No. 3990) |
| 2961 Centerville Road, Suite 350 | Robert M. Vrana (No. 5666) |
| Wilmington, DE 19808 | 1000 North King Street |
| Phone: (302) 999-9480 | Wilmington, DE 19801 |
| Facsimile: (877) 796-4627 | (302) 571-6600 |
| Email: chong@chonglawfirm.com | *apoff@ycst.com* |
| | *rvrana@ycst.com* |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

Dated:  March 17, 2020

SO ORDERED this _____ day of _____, 2020.

---------------------------------------------
United States District Judge